**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 19, 2007

> Application granted. Time is excluded pursuant to the Speedy Trial Act until 11-13-07 for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 10-22-07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**By Facsimile**
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Oscar Santana Ana Gallegos & Martin Arroyave,**
07 Cr. 960 (RMB)

Dear Judge Berman:

Please find enclosed a copy of Indictment 07 Cr. 960, and the contact information for defense counsel. Defendants Oscar Gallegos and Martin Arroyave were arraigned on October 19, 2007 before Magistrate Judge Pitman. A pre-trial conference has been scheduled for November 13, 2007 at 2:00 p.m.

The Government respectfully requests that the Court exclude the time under the Speedy Trial Act until November 13, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the Government will produce discovery to the defendants, and the defendants will have an opportunity to review the discovery with their counsel and contemplate any motions to be made. Additionally, this time period will provide the parties an opportunity to discuss a possible disposition of this case.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: *Parvin Moyne*
Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510
Facsimile:  (212) 637-2387

cc: Kenneth A. Paul, Esq. *(by facsimile)*
    Martin L. Schmukler, Esq. *(by facsimile)*