UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government,              07 CR. 960 (RMB)

    -against-                     **ORDER**

MARTIN ARROYAVE,
                Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

    Effective January 3, 2008, C.J.A. attorney Andrew Ceresney is appointed as counsel for the Defendant.

Dated: New York, New York
       January 3, 2008

                                                /s/ RMB
                                      Hon. Richard M. Berman, U.S.D.J.

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08