## DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

**MEMO ENDORSED**

*[Stamp: DOCUMENT ELECTRONICALLY FILED  DOC #: ____  DATE FILED: 1-18-08]*



January 18, 2008

BY HAND

The Honorable Richard M. Berman
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 650
New York, New York  10007

   United States v. Oscar Santana Ana Gallegos and Martin Arroyave (07-CR-960)

Dear Judge Berman:

   We represent defendant Martin Arroyave in this matter. A status conference is currently scheduled for January 23, 2008, at 10:30 a.m. I write with the consent of the Government and counsel for co-defendant Oscar Gallegos to request an adjournment of this conference while the parties continue discussions in this matter. From a telephone conversation with your chambers, we understand that it may be possible to reschedule the conference for the afternoon of February 4th or February 5th. We consent to exclusion of this time under the Speedy Trial Act.

*[Handwritten endorsement: Conference adjourned until 2/5/08 at 2:30 P.M. Time is excluded until that date under the Speedy Trial Act.*
*SO ORDERED: Date: 1/18/08  /s/ Richard M. Berman, U.S.D.J.]*

Respectfully submitted,

By: _____ (CcB)
Andrew J. Ceresney
Vanessa De Simone
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

cc:  Parvin Moyne, Esq., Assistant United States Attorney (by regular mail)
     Martin L. Schmukler, Esq., counsel for Oscar Gallegos (by regular mail)

22651463v1