

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



March 5, 2008

**By Facsimile**
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:     <u>United States v. Oscar Santana Ana Gallegos & Martin Arroyave,</u>
           07 Cr. 960 (RMB)

Dear Judge Berman:

    The Government writes to respectfully request an adjournment of the conference scheduled in the above-referenced case for tomorrow, March 6, 2008, at 9:30 a.m. As described to the Court at our last conference, the parties expect that the case will be resolved without a trial, however, the parties need some additional time to work out the details of the resolution. Accordingly, the Government respectfully requests (with the consent of defense counsel for both defendants), that tomorrow's conference be adjourned for approximately 30 days.

    The Government also respectfully requests (with the consent of defense counsel for both defendants) that, should the Court grant the adjournment request, the Court exclude the time under the Speedy Trial Act until the date of the conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc: Andrew J. Ceresney, Esq. (by facsimile)
    Martin L. Schmukler, Esq. (by facsimile)

---

Conference is adjourned to 4-3-08 at 3:30 pm. Guilty pleas, if any, are referred to the Magistrate Judge. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3-5-08     *Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08