**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

**MEMO ENDORSED**

March 31, 2008

BY HAND

The Honorable Richard M. Berman
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 650
New York, New York  10007

<u>United States v. Oscar Santana Ana Gallegos and Martin Arroyave (07-CR-960)</u>

Dear Judge Berman:

    We represent defendant Martin Arroyave in this matter. A status conference is currently scheduled for April 3, 2008 at 3:30 pm. I write with the consent of the Government and counsel for co-defendant Oscar Gallegos to respectfully request an adjournment of this conference to the week of April 14, 2008 to allow the parties to continue negotiations in this matter. From a telephone conversation with your chambers, we understand that it may be possible to reschedule the conference for April 16th. We consent to exclusion of this time under the Speedy Trial Act.

Respectfully submitted,

By: _____
Andrew J. Ceresney
Vanessa De Simone
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

cc:  Parvin Moyne, Esq., Assistant United States Attorney (by mail)
     Martin L. Schmukler, Esq., counsel for Oscar Gallegos (by mail)

---

> Adjournment is granted. Conference is scheduled for 4·16·08 at 9:30 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 4-1-08
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-1-08

22702727v1