

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                              **ORDER**

         -against-                           07 CR. 960 (RMB)

MARTIN ARROYAVE,

               Defendant.
-----------------------------------------------------------X

    WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 13, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

    IT IS HEREBY ORDERED that MARTIN ARROYAVE's guilty plea is accepted.

Dated: New York, New York
         May 14, 2008

                                                      RICHARD M. BERMAN, U.S.D.J.