# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212.909.6000
Fax 212.909.6836
www.debevoise.com

RECEIVED
AUG 25 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

**MEMO ENDORSED**

August 25, 2008

BY HAND

The Honorable Richard M. Berman
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

   United States v. Oscar Santana Ana Gallegos and Martin Arroyave (07-CR-960)

Dear Judge Berman:

   We represent defendant Martin Arroyave in this matter. We are scheduled to file and serve a sentencing submission on behalf of Mr. Arroyave tomorrow, August 26, 2008.

   This sentencing submission will include as exhibits a number of letters from Mr. Arroyave's family and friends, many of which are handwritten. As some of these letters become illegible when scanned into the PDF format, we respectfully request permission to file and serve the sentencing submission and exhibits in hard copy.

                                              Respectfully submitted,

                                              By: /s/
                                              Andrew J. Ceresney
                                              Vanessa De Simone
                                              DEBEVOISE & PLIMPTON LLP
                                              919 Third Avenue
                                              New York, NY 10022
                                              (212) 909-6000

   cc: Parvin Moyne, Esq., Assistant United States Attorney (by fax)

---

Defense counsel may file
and serve by ECF and in
hard copy.

SO ORDERED:
Date: 8-25-08        /s/ Richard M. Berman
                     Richard M. Berman, U.S.D.J.

22804122v1