# Exhibit A

To : The honorable Richard M. Berman
   United State District Judge
   Southern District of New York
   500 Pear Street, room 650
   New York, New York 10007

 

 

   I am Christian arroyave son of martin arroyave am ten years old   my school is ps212Q
I am in 5th grade I am falling school because I don't have my dad by my side my dad is a
wonderful man a good brother a good husband a good friend a good dad a is that son,
because he was always awake for his mom. My grandmother had cancer he helped her
when she needed it some thing he will get it for her because in her condition she wasn't
able to do it. he was a great dad because he would do any think to be with me and my
sister he would work fast for he could be with us he gave us everything that we needed
when we need it and he though   me with his own words to love everybody and he said
that never hate some one if their color are white rich or poor people we are all the same
he was always happy and always good with all the people. When he sow that a person is
sad he always try to make them happy because   he dos not like to see a person cry or sad
he try to make them happy. I need my dad for he could drive me to school for I could
sleep with hem I cry every night because am not with hem. When I was in my country I
was always sick because I was not with hem ok he is in this state but I need hem in my
house

Sincerely
*Christian-Arroyave*
Christian Arroyave

# Exhibit B

To : The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007


Yo, Natacha Arroyave soy estudiante en el colegio Academy of
Finance & Enterprise. En estos momentos trabajo en el queens center mall
en Mc Donals y como promotora de Wester Union.Soy hija de Martin
Arroyave antes mis hojos mi padre es una persona responsable, siempre
preocupado por su familias y personas queridas, tambien es una persona
trabajoda. Mi ninez fue unas de las mejor ya que se puede decir que tuve la
fortuna de tener a mi dos padres juntos, cuando era pequena mis primos
simpre tenian a su heroe preferido ya que eran superman, spiderman, pero
mi heroe preferido era mi padre. Mi padre siempre estuvo ami lado cuando
tenia problemas los resolvia con facilidad. Mi padre siempre se preocupo por
su familia ya que cuando mi abuela madre de Martin Arroyave enfermo de
canser mi padre fue unas de las pocas personas que estuvo asu lado asta el
ultimo momento.  A mi padre no le importava perder dias de trabajo
contalde llevarla a sus sitas medicas o terapias. Mi padre fue una persona
entregada a su familia ya que por su esmero y trabajo en la casa no faltava
nada. Martin Arroyave fue un padre envidiable por mis amigos ya que mi
papa tambien compartia tiempo con ellos, mis amigos siempre venian a mi
casa y compartian tiempoco con el ya q mi papa los hacian reir y pasar un
buen rato.

En estos momentos en mi casa se estan pasando momentos criticos ya
que mi madre Gloria A Loepez no se incuentra bien de salud. Mi madre esta
sufriendo de perdida de la memoria muy seguido se le olvida donde guarda
objetos, a ella le estan hacien una MRI y tambien la ve un neurologo para
determinar la causa de esta perida de memoria. Tambien le determidaron que
sufre de deprecion , le mandoaron unos medicamentos llamados
PAROXETINE.  A mi hermano Christian Arroyave de 9 anos de edad la
profeso aconsejo a mi mama que lo llevara a un phisologo ya que el no es el
mismo en la clase antes era un nino alegre y  siempre participava en la clase
pero ya lo que participa es muy poco.

Se que mi padre cometion un herror e inrespecto las leyes de este pais
que tanto nos a ayudado. Se que Martin Arroyave se hizo culpable de los

cargos que lo acusan. Pero esto no lo hace una mala persona. A mis hojos mi padre siempre sera el heroe que de nina crei que era.

Gracias por su tiempo.

Sinceramente

Natacha Arroyave

To:    The Honorable Richard M. Berman
       United States District Judge
       Southern District of New York
       500 Pearl Street, Room 650
       New York, New York, 10007

I, Natacha Arroyave am a student at the Academy of Finance & Enterprise. Currently, I am
working at McDonalds and promoting Western Union at the Queens Center Mall. I am Martin
Arroyave's daughter. In my eyes, my father is a responsible person, always concerned about his
family and loved ones. He is also a hardworking person. My childhood was one of the best
since I can say that I had the fortune of having both parents together. When I was younger, my
cousins always had their favorite heroes named Superman or Spiderman, but my favorite hero
was my father. My father was always by my side when I had problems and would solve them
easily. My father was always concerned about his family, since when my grandmother, Martin
Arroyave's mother got cancer, my father was one of the few people that stayed by her side until
the last minute. My father didn't care about losing days at work, as long as he could take her to
her doctor's appointments or therapies. My father was very dedicated to his family, and because
of his great care, the family lacked nothing. Martin Arroyave was envied as a father by my
friends because my father would also share with them. My friends always came to my house and
shared times with him and my father would make them laugh and have a good time.

Right now we are going through very difficult times in my home, since my mother, Gloria A.
Lopez is not doing well health wise.    My mother is suffering loss of memory very often; she
forgets where she places things. They are doing an MRI on her and she's also being seen by a
neurologist to determine the cause for her loss of memory. They also determined that she is
suffering from depression, and they prescribed a medicine called PAROXETINE. My brother,
Cristian Arroyave is 9 years old. The teacher recommended that my mother take him to a
psychologist since he is no longer the same, happy boy in class, and because he always used to
participate in class, but participates very little now.

I know that my father did something wrong and was disrespectful to the laws of this country that
has helped us so much. I know that Martin Arroyave pled guilty to the charges of which he is
being accused. But he is not a bad person. In my eyes, my father will always be the hero that as
a child I thought he was.


Thank you for your time.

Sincerely,


Natacha Arroyave

Exhibit C

A quien le pueda interesar :

> The Honorable Richard M. Berman
> United States District Judge
> Southern District of New York
> 500 Pearl Street, Room 650
> New York, New York 10007

Yo, Gloria  A lopez madre de Natacha Arroyave y Christian Arroyave los hijos de Martin Arroyave.recidente en east Elmhurst NY, trabajo en New York Hospital Queens.conosco a Martin Arroyave desde mis 15 anos, convivi con el como pareja por 1990 asta  1999. y desde ese entonces hasta hace poco tiempo su amiga. Por lo tanto puedo hablar de el con todo el conocimiento de buen hermano, hijo, padre y companero.Se que culquier persona que lo conosiera  hubiera querido tenerlo como hermano por que el da todo su apollo economico y moral a sus hermanos asta el punto de olvidarce de sus propias necesidades y primordialmente las necesidades de su madre, padre y hermano. siempre piensa en sus seres queridos caso concreto, el tiempo que el dedicaba a su abuela Cenovia una mujer paraplejica de sus piernas y el como nieto solo fue en su existencia la mano derecha de su abuela. Como amigo es exelente  nunca tuvo enfrentamiento con ninguno es muy querido y recordado apesar de la distancia.

Ahun por el rompimiento de nuestra relacion  como pareja el siempre sigue formando parte de mi familia a la cual apoyo siempre en dificultades, el aun es querido como si fuera un hijo o hermano.como mi companero se que es una buena persona son mas las cualidades que las debilidades. Es una persona entuciasta, positiva, responsable y luchadora de la vida; muy piadoso digno de vivir en sociedad. Comensamos a vivir una vida siendo muy jovenes y quisas la falta de entendimiento de mi parte para con el fue llevando nuestras vidas al extremo de separarnos y permitir que llecaran a nuestras vidas otras personas.

Martin Arroyave es una persona que le gusta servir a la comunidad como ejemplo de eso fue voluntario de los bomberos en su pais natal, es una persona bien relacionada . Gracias a que tenia un historial de conducta exelente en su pais pudo trabajar en Rentas Departamentales de Antioquia, conductor de una diputada de la acaldia de Envigado, y escolta de un jefe de policia de Medellin/ Colombiany otros mas.

En Martin se puede confiar ejemplo claro en una oportunidad el fue al banco a retirar un dinero para la renta y facturas del mes la cajera le entrego mucho dinero mas de lo que era y el dandose cuenta de esto en la casa y al otro dia muy templano fue al banco busco la cajera y le entrego el dinero que

le dio de mas recibiendo mil gracias de parte de ella  pero a el lo unico que le importaba que una persona inocente no perdiera su trabajo por un error apesar que en ese momento no tenia el dinero para darle a su hija lo que ella queria para la noche de navidad. Otro ejemplo seria que meses antes que el fue detenido su madre murio dejando una casa la cual seria repartida entre el esposo y los 3 hijos  y la  voluntad de ella  era que su hija de colombia reciviera toda el derecho de la mitad de la casa y el  l cumplir su voluta a pesar que el necesitava el dinero  y que no podria  colaborar para  los 16 anos de su hija.

Se que su cituacion judicial el los Estados Unidos es critica y que se a declarado culpable de todo cargo pero esto no lo hace una persona peligrosa ni digna de vivir en sociedad.


Sinceramente

Gloria A Lopez

To Whom It May Concern:

The honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York, 10007

 I, Gloria A. Lopez, mother to Natacha Arroyave and Cristian Arroyave, Martin
Arroyave's children; resident in East Elmhurst, NY, work at New York Hospital, Queens. I have
known Martin Arroyave since I was 15 years old. We lived as a couple from 1990 until 1999,
and since then until recently as a friend. For this reason, I know him well as a good brother, son,
father and partner. I know that anyone who knew him would have wanted to have him as a
brother, because he supports his brothers financially and morally to the point of forgetting his
own needs. Primarily his mother's needs, his father and brother. He always thinks about his
loved ones, in particular, the time he dedicated to his grandmother, Cenovia, a paraplegic, and he
as her grandson was her right hand during her existence. As a friend, he is excellent. We never
had any confrontation, none. He is very loved and remembered in spite of the distance.

 Although we have broken up as a couple, he continues to form part of my family which
he has always supported during difficult times. He is still loved as if he were a son or a brother,
or as my partner. I know he is a good person. The qualities outweigh the weaknesses. He is an
enthusiastic, positive, responsible, and hardworking person; very compassionate, worthy of
living in society. We started our lives while we were very young, and perhaps the lack of
comprehension on my part toward him finally led to our separation, and to allow other people to
come into our lives.

 Martin Arroyave is a person that likes to serve his community, for example, he was a
volunteer fireman in his native country, and he is a well connected person. Thanks to the fact
that he had an excellent history of conduct in his country, he was able to work at the Revenues
Department of Antioquia, as driver of a the Mayor of Envigado, and as an escort of a Chief of
Police in Medellin, Colombia, and others.

 Martin can be trusted. An example of this is when he went to a bank to withdraw the
money for the rent and expenses and the teller gave him much more money than she should have,
and he didn't realize it until he was home. First thing the next morning, he went to the bank; he
sought out the teller and gave her back the extra money she had given him, receiving many
thanks from her. The only thing he worried about was that an innocent person would lose her
job because of a mistake, although he himself didn't have enough money to give his daughter
what she wanted for Christmas. Another example happened several months before he was
arrested. His mother died leaving behind a house to be divided among the 3 siblings. Her
wishes were that her daughter in Colombia should receive the rights to half of the house, and he

was the first to fulfill her wishes, although he needed the money, and was not able to contribute to his daughter's sweet 16.

I know that his legal situation in the United States is critical, and that he pled guilty to the charges, but this does not make him a dangerous person or an unworthy to live in society.


Sincerely,


Gloria A Lopez

# Exhibit D

Medellin, Colombia. 19 de agosto de 2008.

**The Honorable Richard M. Berman**

United States District Judge

Southern District of New York

500 Pearl Street, Room 650

New York, New York 1007.

Me refiero a usted en calidad de hermana de **Martin Gerardo Arroyave Roche**, Mi nombre **Ana Patricia Arroyave Roche**, Casada desde hace 16 años y madre de dos niños, mi edad 39 años y resido en la ciudad de Medellin , Colombia, Me dedico principalmente a ser ama de casa claro que en una forma muy casual soy vendedora de productos por catalogo, mantengo una buena relación en mi familia, ya que cuento con la suerte de mantener un buen hogar en este tiempo tan difícil.

Como hermana de Martin conozco sus sentimientos tanto generosos como en momentos de debilidad. De niños puedo decirle que el como hermano hombre siempre trato de protegerme a mi y a nuestro hermano menor cosa que con el tiempo y a pesar de la distancia y que no le correspondía ya no dejo de hacer nunca, es mas aun en su circunstancia se siente su apoyo y necesidad de protegernos.

Nuestra familia aunque fue separada por la distancia siempre gozamos de la unidad y de contar con la dicha de haber crecido con una madre que nos fomento en todo momento buenos modales, principios y valores morales que nos han servido tanto a mi como a mis hermanos para la vida.  Y asi manejar nuestros lazos de familia a la distancia y asi mantener un contacto de gran valor.

Martin en su juventud fue un joven emprendedor, siempre presto  a colaborar con los gastos de la casa por lo tanto se mostro muy responsable desde esa edad, trabajando como bombero, conductor, vigilante entre otras que  en este momento mi mente no recuerdan, se que en cada uno de  estos trabajos se desempeño con gran entereza y seriedad. De hecho en estos días pasados me sorprendió encontrarme con una señora para la cual el trabajo y hace mucho no teníamos contacto y se expreso de el en muy buenos términos.

Cuando Martin fue papá mostro aun mas su responsabilidad y calidad de hombre a pesar de no tener un vinculo matrimonial con la madre de sus hijos nunca dejo desprotegidos tanto económicamente como emocional a mis dos sobrinos. Siempre él a tratado de ser un modelo a seguir de sus hijos dándole siempre ejemplo de vida.

Este ejemplo lo vivimos hace recientemente con la enfermedad y muerte de nuestra madre Guiomar, quien murió hace año y medio aproximadamente, Martin estuvo a su lado acompañándola en cada etapa de la enfermedad, y al estar yo lejos de ellos era el quien me mantenía informada y aun mas me daba apoyo para lo que yo sentía, por no poder estar allí con ellos, es una de las cosas que siempre le agradeceré a Martin ese apoyo moral tanto como para con mi mamá como para conmigo. Esto me hace pensar que Martin es un hombre sensible, colaborador, trabajador, responsable y protector de su familia.

Es por esta razón que al saber que mi hermano Martin se había declarado culpable me dolió mucho ya que para él este momento era y es difícil, pero comprendí que mi hermano muy a mi pesar había cometido un error. Sin embargo no dejara de ser esa persona que creció a mi lado y me ha demostrado su apoyo en todo momento de mi vida.

Por su atención, le quedo de antemano agradecida.

Atentamente,

Ana Patricia Arroyave Roche.

**ANA PATRICIA ARROYAVE R**

**CC: 42.777.419 DE ITAGUI**

**(04)3473283**

Medellín, Colombia. August 19, 2008

**The Honorable Richard M. Berman**
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York, 1007.

I address you as **Martin Gerardo Arroyave Roche**'s sister. My name is Ana Patricia Arroyave
Roche, married for the last 16 years and mother of two children. I am 39 years old and I live in
Medellín, Colombia. Primarily, I am dedicated to being a homemaker. However, I am also very
informally a salesperson of products by catalogue. I keep a good relationship with my family,
since I have the fortune of having a good home in these difficult times.

As Martin's sister, I know his feelings, those generous ones and those in times of weakness. As
children, I can say that as a brother he always tried to protect me and our younger brother,
something that with time and in spite of the fact that it was no longer his responsibility to do so,
he never stopped doing. As a matter of fact, even in his absence his support and need to protect
us is felt.

Our family, although separated by distance, has always enjoyed a unity and had the fortune to
have grown up with a mother that always instilled good manners, principles and moral values
that have helped me and my siblings throughout life; and that's how we manage our family ties
and how we maintain our valuable contact.

Martin was very enterprising as a young man. He was always ready to help with the expenses of
the family, and he proved to be very responsible since that age, working as a fireman, driver, and
guard, among other things which my mind does not recall at this time. I know that he carried out
each one of his jobs with determination and responsibility. As a matter of fact, a few days ago I
ran into a woman whom he worked for, and whom I had not had contact with for a long time,
and she expressed herself highly of him.

When Martin became a father, he demonstrated even more how responsible he was and in spite
of not having a matrimonial union with the mother of his children, he never left my niece and
nephew unprotected, financially nor emotionally. He has always tried to be a role model for his
children, being an example in their lives.

We experienced this example recently with the illness and death of our mother, Guimar, who
died approximately one and a half years ago. Martin was by her side, accompanying her during
each stage of the illness, and since I was far away, he kept me informed, and even more, he gave
me encouragement for what I felt because of not being able to be there with them. This is
something I will always be grateful to Martin for, his moral support to my mother as well as to

me. This makes me think that Martin is a sensitive, supportive, hardworking, responsible, and protective man to his family.

For this reason, it was very painful when I found out that Martin had pled guilty, since I know this was and is a very difficult time for him. But I understood that, to my dismay, had made a mistake. However, he will not cease to be that person that grew up with me and that has supported me all my life.

In advance, I am grateful for your attention, I remain

Sincerely

ANA PATRICIA ARROYAVE R
CC: 42.777.419 OF ITAGUI
(04) 3473283

Exhibit E

Agosto 15, 2008

Honorable Richard Berman:


Honorable Richard M. Berman, mi nombre es Yilbert Arroyave Roche;
hermano de Martín Arroyave .

Tengo 28 anos , trabajo en una compañía llamada Kinray por mas de 6 anos
hasta el  momento; donde se distribuyen toda clase de productos para las
farmacias; soy un hombre honrado y trabajador.

Mi madre tuvo a mi hermana y a Martín en la País de Colombia.
Yo nací en New York pero viví  en Colombia desde muy pequeño hasta mis
dieciséis anos.
De esta forma tuve la oportunidad de establecer una muy buena
comunicación con mis hermanos , en especial con Martín por ser hombres.
Conviví con mi hermano Martín muy buenas experiencias cuando vivimos
en Colombia y en New York, al lado de mi mama.

Martín asido un hombre con el cual yo he siempre he podido contar para
todo, en los buenos y malos momentos.
Crecimos con la forma que mi mama nos enseño, a compartir y ayudar nos
todo el tiempo y a nunca separarnos.

Siempre fuimos muy unidos; en Colombia y en New York dormíamos  en
el mismo cuarto ,compartíamos partidos de futbol juntos, salíamos con mi
madre a comer, a la iglesia católica casi todos los domingos, a reuniones
familiares ,paseos al río. Etc.
Martín era el que siempre me aconsejaba en el estudio,  en vestir,  y en lucir
bien.
Recuerdo cuando tuve mi accidente de carro y cuando tuve la apendicitis, el
fue el primero en estar allí para ayudarme, siempre contaba con el,  pues el
es un hombre muy humanitario, el siempre quiere ayudar a la gente, y en
especialmente a mí por ser su hermano menor.

Mientras yo convivía  con mi madre, Martín se encargaba de ayudar a que
fuéramos una familia bien armoniosa y feliz, el siempre a sido muy gracioso

y contaba muchos chistes, por esa razón reíamos mucho.

Cuando salíamos en familia con sus hijos me agradaba de ver como el disfruta de ellos.

Siempre lo considero como un buen padre, pues el siempre esta pendiente de lo que ellos necesiten, les brinda amor , comprensión y ante todo mucho entendimiento.

Martín fue un hombre muy fuerte, cuando mi madre fue diagnosticada de cáncer, me ayudo a superar el dolor y poder luchar para sacar adelante a mi mama con sus terapias y sus dolores. Nos turnábamos para llevarla donde el medico, y para pasar las noches al lado de ella. Por esta razón me siento mas que agradecido con el, pues desde el inicio de esta terrible enfermedad hasta la muerte de mi madre ,nunca nos separamos y pudimos superar con la ayuda de Dios este golpe tan duro.

A pesar de la muerte de mi madre siempre nos ayudamos y seguimos unidos, por que de esta forma mi mama nos enseño y tenemos que seguir los buenos ejemplos que ella nos dejo.

He considerado a mi hermano como una persona muy caritativa, pues me ha ensenado que hay que ayudarle a la gente; y uno de los ejemplos que el me a dado fue cuando el organizaba reuniones familiares y de amistades vendíamos refrescos , comida, para recoger dinero para el tratamiento de su amigo que tiene cáncer en el colon.

Estoy muy conciente en lo que hizo mi hermano con la participación de conspiración de drogas, pero creo que todo ser humano comete errores en esta vida.

Martín es un gran hombre que se que el sabrá pensar y recapacitar, por sus errores.

Agradeciendo muy cordialmente al juez por haberme dado la oportunidad de dejarle saber que tan grandioso hombre es mi hermano Martín, muchas gracias.

Yilbert Arroyave Roche

August 15, 2008


Honorable Richard Berman:

Honorable Richard M. Berman, my name is Yilbert Arroyave Roche; Martín Arroyave's brother.

I am 28 years old, have worked for a company called Kinray for the last 6 years, a company that distributes many products to pharmacies; I am honest and hardworking.

My mother had my sister and Martín in Colombia. I was born in New York but lived in Colombia from the time I was a young child until the age of 18. This is how I was able to establish a good relationship with my siblings, especially with Martín since we were both males. I lived very nice experiences with my brother, Martín, when we were in Colombia and in New York by my mother's side.

I have always been able to count on Martín for everything, in good times and bad. We grew up the way my mother taught us; to share and to help each other out and never part from one another.

We were always very close. We slept in the same bedroom in Colombia and in New York. We enjoyed soccer games together, went out to eat with my mother and to church almost every Sunday, to family gatherings, trips to the river, etc.

Martin was the one that always counseled me with my studies, on how to dress, and to be well groomed.

I remember when I had my car accident, and when I had appendicitis. He was the first one to show up to help me. I always counted on him. He is very humanitarian; always likes to help others, especially me because I am his youngest brother.

While I lived with my mother, Martín made sure that we were a happy, harmonious family. He has always been a funny person and would crack a lot of jokes, so we laughed a lot.

When we went out together as a family with his children, it pleased me to see how he enjoyed them. I have always considered him as a good father, since he was always on top of whatever they needed; he gives them love, understanding, and most of all, wisdom.

Martín was a very strong man. When my mother was diagnosed with cancer, he helped me overcome the pain and to struggle to get my mother through it with her therapies and her pain. We would take turn to take her to the doctor, and to spend the evenings by her side. For this reason, I am very grateful to him, because since my mother's horrible illness started until her death, we were together and were able to overcome, with God's help, such a difficult blow.

In spite of my mother's death, we always help each other and continue to be close, because this is how my mother taught us and we have to continue with the good example she left us.

I have considered my brother to be a very charitable person, since he has taught me that we must help people; and one of these examples was given to me when he would organize family gatherings and with friends. We would sell sodas and food to collect money for the medical treatment of his friend who has colon cancer.

I am very aware of what my brother did with participating in the drug conspiracy, but I believe that every human being makes mistakes in life.

Martín is a great man, who will know how reflect on and learn by his mistakes.

I appreciate very cordially the opportunity that your Honor has given me to inform you about what a great man my brother, Martín, is. Thank you very much.


Yilbert Arroyave Roche

Exhibit F

New York August 18th, 2008

**To:**

The Honorable Richard M. Berman

United States District Judge

Southern District of New York

500 Pearl Street, Room 650

New York, New York 10007

By the present I, **LUZ MARINA SERNA** certify that **Mr. MARTIN ARROYAVE** was my husband. I married him on August 19, 2004 and I was separated from fact on February, 2006.

The period of time that we were together he was a hard worker, a kindly husband and he was very careful with the use of the money.

This letter is written at the request of interested party.

_Luz Marina Serna_
**Luz Marina Serna**

STATE OF NEW YORK
COUNTY OF  NEW YORK
SWORN TO BEFORE ME
THIS 18 DAY OF AUGUST 2008

MARIA R. CANET
Notary Public, State of New York
No. 31-4983983
Qualified in New York County
Cert. Filed in ___ NY ___ County
Commission Expires July 29/2009

Exhibit G

August, 17,2008

To : The Honorable Richard M. Berman

My name is Maria Nora Roche, I am a resident of Queens, New York, and I work in Rosen Publishing I do the house keeping and I been there for 13 years. I am single mother, and very hard working.

I would like to start by saying I am Martin Gerardo Arroyave's aunt. I consider myself to know him very well, because he lived with me and my mother and we all took care of him when his mom went to work. .As he got older my mother was in a wheel chair and he would be the one to always take her to her doctor's appointments and help her down and up the stairs. He was always very caring and loyal to his grandmother. He has also been such a great help to me and my two daughters, he helped in anyway he could because he knew I was raising my girls alone.  What showed me the most of his un dying loyalty to family and his mom was when my sister, his mother had cancer, he wouldn't hesitate to drop anything and be at his mothers side. He would take her to her therapy and be sure she never needed anything. When she passed I noticed he went into a state of depression her death affected all of us very much.

To me martin is one of the most caring and loyal person anyone can come into contact with. I know Martin pled guilty to his case but I just wanted to shed a little light on who is Martin in his family's eyes.

Sincerely,
Maria Nora Roche

Exhibit H

August 15, 2008


The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

Re: Martin Arroyave

Dear Honorable Judge Berman:

My name is Claudia McKithen, I am Martin Arroyave's first cousin. My mother and his mother are sisters, I am married to Tyrone McKithen, and we reside in Lawrenceville, New Jersey. We have 3 children. I currently work for a Voice over IP equipment manufacturer, Quintum Technologies located in Eatontown New Jersey. I hold the position of Inside Sales Manager and I sell to the Latin American and Western Europe markets. I have been at this job for over 2 years.

I grew up with Martin along with his brother and sister, and the rest of our cousins. We are a very close family and we all care a lot for each other and our own families-now that we are grown. I am very well aware that Martin has pleaded guilty to participating in a conspiracy to distribute 5 kilograms or more of cocaine. Martin is one of my favorite cousins, he always looked after me since we were little, and of course since I am younger than him. Martin has always been a very kind hearted person, and very generous. One of the things I loved about Martin is that he asked me to be his daughter Natacha's god mother, and that filled my heart with joy, because I know that is a big deal for a parent to choose who could be the best person. We grew up in a catholic household so that was a very important step in our lives. He and I have always been very close, in

many instances during the time I used to live with my mother who is a single parent; he would come around and check on us, and would buy us groceries when we were low on food at home. Those things I will never forget about him. He was always there for us, when we needed him. Family is our number one priority, and he has never ever forgotten that. He is a very good father to both of his children Christian and Natacha, and their mother Gloria.

I thank you for taking the time to read my letter.

If you have any questions or need any additional information please feel free to contact me at (609) 275-1351.

Sincerely,

Claudia McKithen

Claudia McKithen

Exhibit I

August,17, 2008

To: The Honorable Richard M.Berman

I am Jennifer Cuervo , I am a full time student in John Jay College I work as a supervisor at Jcrew. I have very high goals in my life and plan to reach them. I work very Hard and try to keep good grades at school even though I am juggling work and school.

I know Martin my whole life he is my cousin, he is a very a good and noble man , Yes I know he has pleaded guilty , but this doesn't take away what a great man he is . The thing that stands out more for me is that whenever we ever needed anything he was some one we can call and be confident that he would try to help us. Specifically for me was when I needed to get school books and things were very tight he went with me and help me get books I needed that was something he didn't have to do and he did it out of his own will. The past two years have been very rough for our family my aunt Martins mother was battling cancer and it was very sad for us to see her go through this but , he was a wonderful son always by her side whatever she needed anything he would try to get it for her. When she passed it hit everyone extremely hard and I can't even imagine what martin had to go through with his mother passing.

I can only speak on my behalf about my cousin Martin he is a great caring person who would bend over backwards for his family.

Sincerely,
Jennifer Cuervo

# Exhibit J

A quien pueda interesarle:

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007


Mi nombre es Susana Saldarriaga, soy una estudiante en Flushing international high school en la cual estoy cursando en grado 12, en estos momentos estoy en clases de arte en el MoMA ( Museum of Modern Art), y hasta hace poco estaba trabajando en el aeropuerto LaGuardia en Mc donalds. Hace 5 anos llegue a este pais desde Colombia, entre a una escuela para nuevos imigrantes (I.S 235) en la cual conosi a Natacha Arroyave y nos volvimos intimas amigas, por medio de ella llegue a conoser a su familia, a su papa, a su mama, a su hermano menor e inclusive a la abuelita la que lastimosamente fallesio no hace mucho , siempre estaba pendiente de lo que pasaba tanto en la casa de su mama como en la casa de su familia. llevabamos una relacion de amistad muy unida. Don Martin Arroyave siempre fue un buen papa, un buen hijo, y un buen esposo. Se dio la oportunidad de rentar el apartamente de arriba de la casa donde vivian la familia Arroyave, y Natacha y yo nos volvimos mas amigas y pues las familias ya se conosian,  hasta saliamos juntos y todo!, era algo unico, Don Martin siempre solia llevarnos a restaurantes, fiestas familiares y hasta parques de diversiones, Es un hombre de bien, un hombre de casa dedicado a su familia, todos los fines de semana la pasaba con sus hijos y con su esposa. nunca faltaba algo en la casa de ellos, era algo envidiable, el es un padre que cualquier hija desearia tener, siempre se lo dije a Natacha, puesto que mi papa se divorcio de mi mama cuando yo era muy pequena. La mayoria del tiempo me la pasaba en la casa de Natacha con su familia, don Martin siempre estaba alla, y si no estaba era pues por que estaba trabajando,un homre dedicado al trabajo, nunca faltaron con la renta de la casa, ni un fin de semana encerrados con sus hijos, siempre todo lo que se ganaba me podia dar cuenta que era para su familia.Muy responsable y siempre estaba dispuesto a hacernos reir no importa lo que pasaba, siempre tenia un chiste para contar, es un hombre de confianza, muy amable y dispuesto a luchar

y sacar sus hijos adelante.
se que el senor Martin Arroyave se  hecho culpabre de los cargos
acusado.


sinceramente

*Susana Saldarriaga*

Susana Saldarriaga

To Whom It May Concern:

**The Honorable Richard M. Berman**
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York, 10007

My name is Susana Saldarriaga. I am a student at Flushing International high School where I am in the 12th grade. I am currently taking classes at the MoMA (Museum of Modern Art), and until recently I was working at McDonalds in the LaGuardia Airport. I arrived in this country from Colombia 5 years ago; I started in a school for new immigrants (I.S. 235) where I met Natacha Arroyave and we became close friends. I got to meet her family through her; her father, mother, and her younger brother, even her grandmother who sadly died not too long ago. I was always aware of what was going on at her mother's house as well as with her family. We had a very close friendship. Mr. Martin Arroyave was always a good father, a good son, and good husband. The opportunity came up to rent the apartment above the house where the Arroyave family lived at, and Natacha and I became even closer friends, and well, the families already knew each other. We all used to go out together! It was a unique situation. Mr. Martin would always take us out to restaurants, family gatherings, and amusement parks. He is a good man; a man dedicated to his family. He spent every weekend with his children. It was something enviable. He is the father that any daughter would like to have. I always said this to Natacha, since my father had divorced my mother when I was very young. I spent most of my time at Natacha's house with her family. Mr. Martin was always there, and if he wasn't there, it was because he was working. He's a hardworking man. They never faltered on rent payments. He's very responsible and he always managed to make us laugh no matter what happened. He always had a joke to tell. He's a trustworthy man, very kind and willing to work hard to get his children ahead in life. I know that Mr. Arroyave has pled guilty to his charges.

Sincerely,


Susana Saldarriaga

Exhibit K

New York Agosto 12 del 2008

A QUIEN PUEDA INTERESAR:

Mi nombre es Nicolas B. Valencia, vivo en queens N.Y desde hace 20 años;
Tengo un hogar formado por mi esposa Consuelo y mis dos hijos Juan
Guillermo de 21 años y Nicole de 15 vivimos en un ambiente familiar com-
pleto y somos catolicos, asistimos a la iglesia de san Bartholomew en
Corona Queens. Desde ha muchos años conocemos al señor: Martin
Arroyave y a su familia con los cuales compartimos muchos momentos de la
vida cotidiana, yo personalmente puedo afirmar que Martin es una persona en
la cual se puede confiar a pesar que cometio un grave error al involucrarse en
una transaccion para conspirar en un movimiento de una cantidad de cocaina.

Espero que su error sea rectificado y en un futuro puedad volver a ser el mismo
individuo util para la sociedad y muy en especial para su querida familia la cual
necesita tanto de el.

Si hay alguna pregunta en especial por favor me pueden llamar a los siguientes
numeros de telefono.
917) 251- 0261  o   718) 305- 2591

Atentamente;

Nicolas B. Valencia

New York, August 12, 2008

TO WHOM IT MAY CONCERN:

My name is Nicolas B. Valencia. I've lived in Queens, N.Y. for 20 years; I have formed a home with my wife Consuelo and my two children, 21 year-old Juan Guillermo and 15 year old Nicole. We live in a whole family environment. We are Catholic; attend the St. Bartholomew Church in Corona Queens. We have known Martin Arroyave and his family for a very long time, with which we've share many moments of everyday life. I can personally attest that Martin is a trustworthy person in spite of having made a serious mistake in becoming involved in a transaction to conspire in a movement of an amount of cocaine.

I hope that his error is rectified and that in the future he can be the same useful individual to society and especially to his loving family who needs so much of him.

If there is any question in particular, please call me at the following telephone numbers.

917) 251-0261 or 718) 305-2591

Sincerely,

Nicolas B. Valencia

Exhibit L

Medillin 18 de agosto del 2008

A quien Pueda Interesar

Yo Laura Rosa Miranda Alla de casa Persona con muchos principios catolica y como suegra del Sr Martin Gerardo Arroyave Roche pueto definirlo en 20 años de conocerlo y tenerla fortuna de Sentirlo muy caca como un hombre de buenos principios una persona Sencilla amable honesta trabajadora responsable un padre Inigualable. Ejemplar unico un ser Integro.

Soy Conciente de la Situación Judicial que el Sr Martin Gerardo afraviesa en los EEUU y de lo cual Se declara culpable, pero a pesar de este infortunio Se que el es una persona tan honesta y capas de asumir sus responsabilidades de Igual manera se que con la ayuda de DIOS Martin gerardo Sabra Salir adelante

Cordialmente

Laura Rosa Mirama
CC 32406260 de Medellin
Crea 77 N. 23-39    tel 343 3402

Medellin, August 18, 2008

To Whom It May Concern:

I, Aura Rosa Miranda, homemaker, Catholic, a person of principles, and Martin Gerardo Arroyave Roche's mother-in-law can indicate that I've known him for 20 years and have had the fortune of being very close to him. He is a man of good principles and a very unassuming, kind, honest, hardworking and responsible person, an unparalleled and exemplarily father, a wholesome person.

I am aware of the legal situation that Martin Gerardo is going through in the U.S., for which he has pled guilty. But in spite of this misfortune, I know that he is very honest and able to assume his responsibilities in the same manner. With God's help, Martin Gerardo will know how to move forward.

Sincerely,


Aura Rosa Miranda
CC 32406260 of Medellin
Cra. 77 N. 23-39  Tel. 343 3402

# Exhibit M

Medellín, 16 Agosto de 2008.


A quien puede interesar:


Yo, Karla C Valencia López, identificada con cédula de ciudadanía 1128.266.645 Medellín-Antioquia, soy prima de natacha Arroyave López y cristian Arroyave López, hijos del señor Martin Gerardo Arroyave Roche, puedo dar fé y me consta que es un hombre responsable, amable, generoso, caritativo, buen padre, buen esposo, tuve la oportunidad de convivir con éllos y me di cuenta de la manera como trataba a su familia y especial/ como me trató a mí, sobrina de su esposa, el señor Martin Gerardo Arroyave Roche me trató lo más respetuoso que pudo, pude confiar en él como si fuera mi padre, y especialmente dedicado a lo que ama que es su familia, nunca tuve un mal trato del él, siempre quiere lo mejor para la gente que esta a su alrededor, el señor Martin Gerardo Arroyave Roche, sufre si la gente a su alrededor sufre, se alegria de la felicidad de los demás, entre todo es una persona con grandes virtudes y cualidades

Yo Karla Cristina Valencia López con 21 años de edad, estudie Investigación Judicial y Criminalística y en este momento estoy estudiando secretariado Eyecu-

tivo Sistematizado, trabajo desde los 16 años y tengo conocimiento de lo que es bueno y es malo soy católica y vivo con mis padres.

Tengo conocimiento de la situación que hoy en día esta pasando el señor Martin Gerardo Arroyave Roche y por el cual él se declaro culpable de todo cargo, pero sé y me consta que es una persona buena en todo el sentido de la palabra y su conducta ante mis ojos nunca fué, ni será intachable.

Cordialmente,

Karla Cristina Valencia López
C.C. 1128266645 Medellín - Antioquia

Medellín, August 16, 2008

To Whom It May Concern

I, Karla C. Valencia López, identified with Citizenship Identification No 1.128.266.645, Medellín-Antioquia, am cousin to Mr. Martín Gerardo Arroyave Roche's children, Natacha Arroyave López and Cristian Arroyave López. I can confirm that I am certain that he is a responsible, kind, generous, charitable man, a good father, and good husband. I had the opportunity to live with them and I observed the way he treated me, his wife's niece. Mr. Martín Gerardo Arroyave Roche treated me very respectfully; I was able to trust him as if he were my father. He is especially dedicated to those he loves, his family. He never mistreated me; he always wants the best for those around him. Mr. Martín Gerardo Arroyave Roche suffers if the people that surround him are suffering and he is pleased to see them happy. Among all, he is a person with great virtues and qualities.

I, Karla Cristina Valencia López am 21 years old. I studied Legal and Criminal Investigation and at this time am taking Executive Secretarial studies. I have been working the since the age of 16, and have knowledge of good and bad. I am Catholic and I live with my parents.

I am aware of the situation that Mr. Martín Gerardo Arroyave Roche is going through now and for which he pled guilty to the charges. But I know, and I am a witness that he is a good person in every sense of the word, and his conduct before me was always above reproach.

Sincerely,


Karla Cristina Valencia López
C.C. 1128266645, Medellín-Antioquia

# Exhibit N

Medellin, 17 de agosto de 2008.

Yo, Óscar Julio Londoño Arango, identificado con cédula de ciudadanía N° 70.509.469, Licenciado en Educación Física de la Universidad de Antioquia y Abogado con tarjeta Profesional 138408 del Consejo Superior de la Judicatura, manifiesto que conozco de manera personal al señor Martín Gerardo Arroyave Poche hace aproximadamente 30 años y doy fé de que se trata de una persona honesta, responsable, respetuosa, amable, sincero, cumplidor de su deber, trabajador, de buenas costumbres, de excelente comportamiento, libre de vicios, que nunca se ha visto involucrado en hechos y negocios ilícitos en nuestro país de origen (Colombia)

Sé perfectamente la situación jurídica que está afrontando en estos momentos en los Estados Unidos y me encuentro altamente sorprendido, sinembargo tengo la plena seguridad que mi amigo Martín Arroyave no es una persona peligrosa para la sociedad y que sabrá corregir su conducta; pues sus calidades como persona indican que se trata de un hombre bueno, que en algún momento de su vida fue vulnerado en su buena fé, pero que seguramente sabrá reivindicarse con la sociedad.

Hablar de Martín Arroyave es referirse a un
excelente amigo, toda vez que comparti con el
gratos momentos de mi niñez, de mi juventud
y de mi vida en general.

He sido testigo de su hospitalidad y solidaridad
~~con~~ con personas desfavorecidas como enfermos,
personas con dificultades económicas y de
manera muy especial ha ayudado con la
formación educativa de niños y jóvenes de
nuestra comunidad, a través de aportes económi-
cos.

Martín es una persona de esencia buena y el
error que cometió contrasta con su intachable
comportamiento a lo largo de su vida.

Atentamente.

Oscar Lelio Londoño Arango.
CC. 70.567.469.
Tel 3416890.    339 1010. Ext. 219-220.
Celular. 3154688,77.

Medellín, August 17, 2008

I, Oscar Julio Londoño Arango, identified with Citizenship Identification No. 70.569.469; with a
Degree in Physical Education at the University of Antioquia and Attorney with License No.
138408 of the Superior Legal Council, express that I have personally known Mr. Martin Gerardo
Arroyave Roche for approximately 30 years, and attest to the fact that he is an honest,
responsible, respectful, kind and sincere person, mindful of his duties, enterprising, of good
manners, and of an excellent conduct free of any vices, that I have never seen him involved in
illegal acts or dealings in our country of origin (Colombia).

I am perfectly aware of the legal situation which he faces right now in the United States, and am
highly surprised. However, I am sure that my friend, Martin Arroyave is not a dangerous person
to Society, and that he will know how to rectify his conduct, and that he is a good man who was
vulnerable during a moment of his life, and gave in to his good faith, but that will surely know
how to reinstate himself into society.

To speak about Martin Arroyave is to make reference of an excellent friend, one that I shared
many wonderful moments with during my childhood, my youth, and my life in general.

I have been a witness of his hospitality, his solidarity with needy people, such as the infirm, or
people with financial difficulties, and in a very special way he has helped with the academic
formation of children, young ones in our community, by means of financial contributions.

Martin is a good man, deep inside, and the mistake he made is in contrast with his irreproachable
conduct throughout his life.

Sincerely,

Oscar Julio Londoño Arango
C.C. 70.569.469
Tel. 341 6890          339 1010 Ext. 219-220
Cell # 315 468 8177

# Exhibit O

Medellín    17-08-2008.

A quien pueda interesar:
                              Por medio de estas
cortas líneas quiero dar fe de la entrañable
amistad que me ha unido al señor Martín G.
Arroyave Roada por casi 30 años ya.
No quisiera hacer falsas apologías con
respecto a su personalidad, solo quiero hacer
notar que siempre fue una persona sencilla
y ante todo honesta, destacándose, eso sí,
por ser un amigo, hijo, hermano en todo
el sentido de la palabra. Quizás suene
un poquito adulador pero eso ha sido Martín
para los que tuvimos la suerte de crecer a su
lado, pues su espíritu tranquilo fue la
base para que esta estrecha hermandad nunca
se disolviera.
       Su anhelo constante de salir adelante al
lado de sus seres queridos hizo que nuestras vidas
tomaran rumbos distintos, pero nunca perdimos

Case 1:17-cv-00916-A... Document 83... Filed 09/23/19... Page 60 of 80

| Fecha: | Asunto: | |
|--------|---------|---|
| **Pendientes:** | | **Gerentes prevenidos** |

contacto y siempre supe de su constante lucha
por la vida.
Solo me resta desearle lo mejor de los suertes
y recordarle que siempre vuelbe a salir el sol.

Hernán Darío Echavari Alvarez
C. 71' 692 429 MEDELLIN (COLOMBIA)

Me desempeño como trabajador independiente
conduciendo un vehículo de servicio público
el cual es de mi propiedad.
No tengo ningún tipo de Antecedentes
penales, problemas jurídicos o moras comerciales
ni bancarias, información esta fácil de verificar.
Por su atención muchas gracias.
Soy plenamente consciente de su situación
jurídica ante los EE.UU y de la cual se
declaró culpable lo cual no hace que cambie
el concepto que tengo de él.

Pbx: (4) 384 09 00  Fax: (4) 384 08 32  E-mail: info@gerentesprevenidos.com  Web: www.gerentesprevenidos.com

Medellin     08-17-2008

To Whom It May Concern:

With these brief lines I want to attest to the intimate friendship which has linked me to Mr.
Martin G. Arroyave Roche for almost 30 years. I don't want to make false statements
concerning his personality. I just want to note that he was always an unassuming, and most of all
honest person, standing out for being a friend, son, brother in every sense of the word. Perhaps it
sounds a bit flattering, but that is what Martin has been for those that had the luck to grow up by
his side. His calm spirit was a basis for this friendship never dissolving.

His constant desire for getting ahead in life with his loved ones made our lives go in separate
directions, but we never lost contact and I was always aware of his struggles through life.

I've only to wish him the best of luck and to remind him that the sun always rises again.


Signature

Hernan Davis Echevarri Alvarez
CC 71.692.429 Medellín (Colombia)

I am self-employed driving a public service vehicle which I own. I don't have any type of prior
legal history, any legal problems, business problems or bank issues; information which would be
easy to verify.

Thank you very much for your attention. I am fully aware of his legal situation in the U.S. for
which he pled guilty, which doesn't change my concept of him.

Exhibit P

Medellin    Agosto 17/2008

A Quien pueda interesar.

Yo James Adey Castro R. Con cc 71772998
De Medellin. Doy fe del SR. Martin Gerardo
Arroyave Como una persona Honesta, Luchadora
y trabajadora. Lo conosco Apoximadamente de 15 a
18 Años. Sope que partio hasta Los EEUU y
que Atualmente Afrenta una Situacion -
Juridica, en La cual  el se declaro culpable.
pero aun Asi Sigue siendo una persona.
Honesta y emprendedora apto para vivir
en Sociedad al Lado de Sos hijos y espea

Mi telefonos Son   314 757 6207

CASA  3 A 1 9676

Medellin, August 17, 2008

To Whom It May Concern:

I, James Arley Castro R. with Citizenship Identification No. 71.772.998 of Medellin, attest to the fact that Mr. Martin Gerardo Arroyave is an honest, determined, hardworking, person. I've known him approximately 15 to 18 years. I knew that he left to the U.S. and that he is currently facing a legal issue to which he pled guilty, but even so, he continues being an honest, hardworking person, apt to live in society with his children and wife.

My telephone numbers are 314 757 6207

Home 341 9676

                        (Signature)
                        James Arley C. R.

# Exhibit Q

Medellin Agosto 17/2008.

A quien pueda interesar.

Yo Francisco Horacio Zuluaga Peña cc. 71603145
de Med. Doy fe del Sr. Martin Gerardo Arroyave
como una persona Honesta y trabajadora, lo
conosco hace aproximadamente 10 Años, supe
que se fue a los EE.UU y que actualmente
Afronta una situacion juridica, en la cual
el se declaró culpable, Pero aún asi para
mi es y sigue siendo una Persona muy
Honesta y emprendedora y cumplidora de
sus deberes y obligaciones, digna de vivir
en sociedad y al lado de sus hijos y es-
posa.
Mis telefonos son cel. 3117704802 y el de
mi casa es 2354441 en Medellin Colombia
Mi trabajo es transportador de carga y
trabajo con una empresa que se llama
Productos Familia

Francisco H. de Med.

Medellin, August 17, 2008

To Whom It May Concern:

I, Francisco Horacio Tabares P. with C.C. 71603145 of Medellin attest that Mr. Martin Gerardo Arroyave is an honest, hardworking person. I have known him approximately 10 years. I knew that he had left to the U.S. and that he currently faces a legal situation for which he has pled guilty. But even so, for me he continues to be a very honest, enterprising, and dependable person with his duties and obligations, worth of living in society by his children and wife's side.

My telephone numbers are: Cell 311 770 4802 and my home is 235 6441 in Medellin Colombia. I work as a delivery carrier for a company called "Productos Familia".

                              Signature

                         C. 71603145 (u/i)

Exhibit R

Medellín    16  Agosto del  2008


A  Quien Pueda Interesar:


Yo  Diana María Miranda Ocampo  identificada con
cedula de Ciudadanía  43'613.768 de Medellín
Soy prima de Gloria Alexandra lopez, Señora
esposa del Señor Martín Gerardo Arroyave
Roche, padre de Cristian Arroyave y Natasha
Arroyave, doy fe y me consta que el señor
Martín Arroyave Roche, es una excelente per-
Sona, con virtudes y cualidades muy definidas
los cuales lo hacen una excepcional persona,
Padre, esposo, amigo.
A pesar de la Situación en la que se encuentra en
este momento, el señor Martín con la Justicia de
los Estados Unidos, confío plenamente en
Su integridad, en su buen comportamiento y en
Su capacidad de reconocer Sus errores.
Actualmente me desempeño como mercaderis-
ta de almacenes  Exito de colombia, cono
ciendo al Señor Martín Arroyave hace 18 años
tiempo Suficiente para dar Veracidad de
la calidad de persona que es él cordial
mente  Diana María Miranda Ocampo. Dirección
Crra 77 #23-44. Medellín-colombia. tel  343 3462.

Medellín    August 16, 2008

To Whom It May Concern:

I, Diana Maria Miranda Ocampo, identified with Citizenship Identification No. 43,613.768 of Medellín, am Gloria Alexandra Lopez' cousin, Martín Gerardo Arroyave Roche's wife, the father of Cristian Arroyave and Natasha Arroyave.  I can attest to and can vouch that Mr. Martín Arroyave Roche is an excellent person, with much defined virtues and qualities which make him an exceptional person, father, husband and friend.

In spite of the situation in which Mr. Martín finds himself at this time with the United States Justice, I trust completely in his integrity, his good conduct, and in his ability to recognize his mistakes.

I currently work as a merchandiser at the wholesale chain Éxito in Colombia.  I have known Mr. Martín for almost 18 years, enough time to assess the kind of person that he is.

Sincerely,

Diana María Miranda Ocampo.  Address: Crra. 77 #23-44 Medellín-Colombia. Tel. 343 3462.

Exhibit S

Medellín, agosto 19 de 2008

Yo, JUAN GUILLERMO VALENCIA GONZALEZ identificado con cedula de ciudadania n° 98.531.210 de itagui, casado, con una hija de 10 años de profesión Contador Publico  y actuando en forma independiente para varias empresas tales como: Ingenieria Construcciones y Proyectos, Comercializadora Colombiana la Pipa, Bodegas Wilzul, Nino Motores, Liga de Vela de Antioquia entre otras, doy fe que al Señor Martin Gerardo Arroyave lo conozco desde hace 30 años siempre fue una persona caracterizada por su creencia en dios de religión católica , de buenas costumbres morales, con buenas bases de educación y comportamiento inculcadas en su hogar, serio responsable y trabajador de buen comportamiento a nivel social, deportista y colaborador con aquellas personas que necesitaban su ayuda en lo que el pudiera o supiera hacer.

Se que en estos momentos pasa por una situación difícil en los estados Unidos por una condena a la cual se declara culpable por los cargos asignados

Atentamente

JUAN GUILLERMO VALENCIA GONZALEZ
C.C 98.531.210 de itagui

Medellín, August 19, 2008

I, JUAN GUILLERMO VALENCIA GONZALEZ, identified with Citizenship Identification No. 98.531.210 of Itaguí, married, with a 10 year old daughter, Public Accountant by profession, acting as an independent contractor for various companies such as Ingenieria Construcciones y Proyectos, Comercializadora Colombiana la Pipa, Bodegas Wilzul, Nino Motores, Lida de Vela de Antioquia among others, attest that I have known Mr. Martín Gerardo Arroyave for 30 years; always a person characterized by his belief in the God of the Catholic Religion, of good moral habits with a good education and conduct instilled by his family; responsible and hardworking with good conduct at the social level, good sport and supportive in whatever he could do for those people that needed his help.

I know that he is going through a difficult situation right now in the United States because of a conviction to which he pled guilty to the assigned charges.

Sincerely,


JUAN GUILLERMO VALENCIA GONZALEZ
C.C. 98.531.210 of Itaguí

Exhibit T

## VERIFICATION OF TRANSLATION

STATE OF NEW YORK        )

                         : ss.:

COUNTY OF NEW YORK       )

        I, MARTA FAGUNDO, declare under penalty of perjury that the following is true and correct:

    1.     I am fluent in Spanish and English, both of which I speak and read proficiently.

    2.     I declare that I have read the accompanying EXHIBITS which are written in Spanish. I certify that the English translation of these EXHIBITS, as translated by me, MARTA FAGUNDO, are complete and correct.

Executed: August 21 , 2008        By: _Marta L. Fagundo_
                                     Marta Fagundo