# DEBEVOISE & PLIMPTON LLP



919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 26, 2008

**MEMO ENDORSED**

BY FIRST CLASS MAIL

The Honorable Richard M. Berman
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

United States v. Oscar Santana Ana Gallegos and Martin Arroyave (07-CR-960)

Dear Judge Berman:

     We represent defendant Martin Arroyave in this matter pursuant to a CJA appointment. We are writing to respectfully request authorization for translation services provided by Marta Fagundo, a CJA-approved Spanish language interpreter.

     Recently, Ms. Fagundo translated several letters written by Mr. Arroyave's family and close friends in Spanish into English, so that we could include them as exhibits to Mr. Arroyave's sentencing submission. The total cost of this service was $1217.75 for 4871 words at the rate of $0.25 per word. We believe that these letters represent an important part of Mr. Arroyave's sentencing submission. Accordingly, we respectfully request authorization for this expenditure.

Respectfully submitted,

By /s/
Andrew J. Ceresney
Vanessa De Simone
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

Application granted.

SO ORDERED:
Date: 9-2-08
Richard M. Berman, U.S.D.J.

22804480v1